IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United Financial Casualty Co.,<br><br>Plaintiff,<br><br>v.<br><br>Ekaterina Bashaeva,<br><br>Defendant. | C/A No. 3:26-cv-00728-SAL<br><br>**ORDER** |

Plaintiff United Financial Casualty Co. filed this declaratory judgment action against Defendant Ekaterina Bashaeva, seeking a declaration that Defendant is not entitled to underinsured motorist ("UIM") coverage for injuries arising from an August 2025 automobile accident in which Defendant was an occupant. *See generally* ECF No. 1. Defendant moved to dismiss under Fed. R. Civ. P. 12(b)(2) and 12(b)(3), arguing that the court lacks personal jurisdiction and that proper venue for this action is in Washington State. [ECF Nos. 7, 8.] This matter is before the court on the Report and Recommendation (the "Report") issued by United States Magistrate Shiva V. Hodges, made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), recommending this court deny Defendant's motions. [ECF No. 19.] Attached to the Report was a notice advising the parties of the procedures and requirements for filing objections to the Report. *Id.* at 11. Defendant responded to the Report indicating she agreed with the Report and would not file objections. [ECF No. 24.]

The magistrate judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a *de novo* determination of only those portions of the Report that have been specifically objected to,

and the court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report, the applicable law, and the record of this case in accordance with the above standard, the court finds no clear error, adopts the Report, ECF No. 19, and incorporates the Report by reference herein. Accordingly, Defendant's motions to dismiss, ECF Nos. 7, 8, are **DENIED**. This matter remains with the magistrate judge.

**IT IS SO ORDERED.**

Sherri A. Lydon

September 29, 2026
Columbia, South Carolina

Sherri A. Lydon
United States District Judge